Argued March 1—decided March 1, 1966

HENRY DZIOBA *v*. EDWARD DZIOBA ET AL. (ESTATE OF FRANCISZKA DZIOBA)

The motion by the defendants to dismiss the appeal from the Superior Court in Hartford County is denied.

*Nicholas E. DeNigris,* for the appellees (defendants).

*Henry D. Marcus,* for the appellant (plaintiff).

Argued March 1—decided March 1, 1966